Michelle Patterson (SBN 315598)
**Michelle Patterson Law**
101 W. Broadway, Suite 1770
San Diego, California 92101
(619) 630-5282
michelle@michellepattersonlaw.com

Attorney for Plaintiff, MICHAEL PATTERSON,
dba Mike Patterson.

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN LOS ANGELES DIVISION

| | |
|---|---|
| Michael Patterson, an individual, dba Mike Patterson, <br><br> Plaintiff, <br><br> v. <br><br> The Motor Vessel, Mar Luna (aka Marluna), her Engines, Boats, Tackle, Apparel, Furniture, and Cargo, <br><br> Defendant. | Civil Action No. 2:18-cv-04876-R-FFM <br><br> **ORDER DISMISSING CASE** |

    The Plaintiff, Michael Patterson, by and through his Counsel, has notified the Court that the parties who have an interest in the Defendant Vessel, Mar Luna (aka Marluna), have entered into an Agreement of Compromise, the terms of which are confidential,

    IT IS HEREBY ORDERED that the instant case is dismissed with prejudice.

Dated: September 6, 2018

_____
Honorable Manuel L. Real